UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADIHA MINER,

                        Plaintiff,

     v.

ISSAQUAH POLICE DEPARTMENT,

                        Defendant.

CASE NO. C19-0849-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also Miner v. King County Hous. Auth.*, C19-848-JLR; *Miner v. King County Superior Court*, C19-847-JLR; *Miner v. Culjat*, 19-846-JLR; *Miner v. Issaquah Police Dep't*, C19-823-RAJ; *Miner v. King County Hous. Auth.*, C19-822-JLR; *Miner v. SSA*, C19-821-JLR; and *Miner v. SSA*, C19-505-JCC. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 5th day of June, 2019.

                                            Mary Alice Theiler
                                            United States Magistrate Judge